Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.
Kerry Morin

Defendant

Case No. 3:20-cr-42-17

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kerry Morin,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state: Fargo, ND

### Return

This warrant was received on *(date)* 02/21/2020, and the person was arrested on *(date)* 2/27/20
at *(city and state)* Belcourt, ND

Date: 2/27/20

*Arresting officer's signature*

Jonathan Nescke, Special Agent
*Printed name and title*